UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

EZEKIEL BARRERA
(TDCJ #00720720)
Plaintiff

VS.

RANDY JEWITT, et al,
Defendants.

CIVIL ACTION No. H-23-4490

United States Courts
Southern District of Texas
FILED

APR 05 2024

Nathan Ochsner, Clerk of Court

## Plaintiff's MORE Definite statement

Question #1: Provide the date that you were admitted to TDCJ Most Recently. If you do not Know the exact date in Response to any question posed in this ORDER, Provide an approximate date (Month/year).
Answer Response: June or July of 1995

Question #2: Provide the dates of any previous admissions to TDCJ and the dates of your Release. If you do not Know the exact dates, Provide an approximate date (month/year)
Answer Response: N/A Previous admissions. I never been Released. I see PAROLE on Dec. 2027 for Possable Release.

Question #3: When (what date) were you assigned to the GOREE Unit?
Answer Response: Oct. 20. 2022

Question #4: Where were you incarcerated before you were sent to the GOREE unit
Answer Response: Ellis Unit TDCJ

Question #5: IN your complaint, you allege that corrections officer Jewitt struck you with his head, fist, and A LARGE brass KEY and Then hand cuffed you. Answer the following about theASE allegations:
a. When (what date) did this incident occur?
Answer Response: July, 7th. 2023
b. what Time did this incident occur?
Answer Response: On or about 1:30 PM.
c. In what area of the ARison did the incident occur (in your cell, in A hallway In the dayRoom)?
Answer Response: In the hallway in FRont of MY cell door. (A2 north 34 cell, Hallway)

Question #6: Fully describe the situation immediately before the use of force or assault occurred.

Answer Response: Wile doing his out (opening cell doors) I stepped out to gather my shower bag and wet towl left hanging from that morning shower. I was going back into my cell, C34 cell 5 strides away from showers) when out of nowhere corrections officer Jewitt had ran up in my face screaming that I was not going to the showers. That had startled me so I took ~~a step~~ a step back and yealled back to relax and stop yealling at me. As he took another step in my face cussing me and yealling the same statment, I will not shower. I am standing in front of my open cell. I have my shower bag in my left hand and my wet towl draped over my right arm. I stood my ground and told him to; Relax, I already had showered this "morning." Befor I got my next statment out., so just calm down and relax. Corrections officer Jewitt did rush his head forword and head butted me in my mouth.

Question #7: Describe in detail what happened during the use of force or assault.

Answer Response: In a flash corrections officer Jewitt head butt me in my mouth and took a swing hitting me in my left temple. Surprised, I took a leap back into my cell door knocking the cell door closed. I droped my shower bag and held the wet towl to my bleeding mouth. I then yealled, what is the matter with you? Corrections officer Jewitt then posted up in a fighter's stance fixing the large brass keys in his right fist. Yealling at me saying. "don't get smart with me!" I took a few steps back and aside into the middle of the hall still holding the wet towl to my bleeding mouth I took a moment of 3 to 5 seconds to stare at him and look behind him. I saw a large group of corrections officers gathering up at the front pod gate. As corrections officer Jewitt started to take a step at me. I then droped the wet towl and yealled; "stop and relax!" I then put my hands over my head and said "NO! you will not hit me! I then put my hands behind my back and went down on my right knee. At that moment corrections officer Jewitt rushed forword and struck me in my face and fourhead with the large brass keys. The next thing I remember is corrections officer Jewitt was on my back with my left wrist tightly cuffed and the other corrections officers were pulling corrections officer Jewitt off and taking hold of me to pull me off the floor.

Question #8: What happened to cause the use of force or assault to stop?

Answer Response: Responding officers had pulled corrections officer Jewitt off me.

Question #9: Before corrections officer Jewitt used force or assaulted you, did you do anything that he may have thought was a verbal or threatening move, however wrong he might have been? If so, give details.

Answer Response: NO. I done nothing to have corrections officer Jewitt to get in my face screaming. I been in my cell befor he open my cell door. Early at 7am he let out 1, 2, 34, 33-cells out for showers. Thease 4 cells are closest to the showers. I showered and went back into my cell. I forgot my shower bag and wet towl on a screw hook outside the shower doors. not 5 steps away from my cell door. There is nothing I done to have corrections officer Jewitt to act out as he done.

Question #10: Before corrections officer JEWiTT used FORCE or assaulted you, were you ordered to do something that you Refused to do? If so, what was the order and what was your Response?

Answer Response: No ORDEReDs were given At All. only his screaming out-burst that I will not shower. I AM As confused About the whole issue to why I was singled out. We Are Aloud to shower At Any time of day we see fit. FRom calm out to day Room to 10:30 PM RACK up time, enless A PERson Just got off from work, population can shower At Any time of the day.

Question #11: You Allege that a second corrections officer handcuffed you and twisted your wrist, causing a fracture. Answer the following about this second corrections officer:

a. what is the second corrections officer's first and last name. If you do not know his full name, Provide a Physical description or other identifying characteristics (e.g., age, height, weight, Race)

Answer Response: It was corrections officer Jewitt whom had Tightly cuffed my left wrist and stuggled to get my Right wrist cuffd. As other corrections officers came in to grab hold of corrections officer Jewitt to get him off my back. I was FACE down in A dAZE I did not see who had stode up to suggest to dubble cuff me. The 2 black corrections officers whom had helped me on my feet. I Asked the officer on my Right his name he said Robetson. I then asked him to losen the left cuff. He checked the 2 set of cuffs on me Reset them both left and Right. but the left still shoot Pain up my Arm. As I still complained the corrections officer on my left sessested. "We can Recuff him At Medical." He then asked my name and if I could walk. They esscorted me to Medical.

b. Is this second corrections officer still employed at CoRee unit? Answer Response: I do not know. I never seen the second officer. AfteR some one suggested to use A second PaiR of cuffs to dubble cuff me. The second officer had grabed corrections officer Jewitt. Although most corrections officer had now swiched out and alot of new faces are now working the unit.

Question #12: Describe in detail what injuries you sustained because of the use of force.

a. were you hospitalized? If so, for how long? If you know, Provide dates.

Answer Response: No. I was only treated At medical dept. on unit. I had A gash cut open on my foar Head and A open gash under my Right eye done with the LARge BRASS Key. I had A Busted split lip done by the Head butt. Redness and bruise on my left temple on Head done by A fist. Other Redness and bruises on the back of neck done by fist. my left wrist badly twisted. (LATER X-RAY TAKEN. Sept. 2023) All first Aid done (7-5-23)

b. what treatment and/or medication have you been given, if any, for your injuries? Provide the dates of treatment with as much detail as you know.

ANSWER RESPONSE: I was only given I-B-PROFEN for PAIN. I WAS FIRST SEEN by A NURSE RIGHT AFTER THE ASSAULT on 7-7-23. I WAS only CLEANED UP THEN A PICTURE WAS TAKEN. THERE WAS blood All OVER MY FACE THE GASH UNDER MY RIGHT EYE AND THE GASH on MY FOURHEAD would not STOP bleeding I still HAVE A SCAR on both AREAS. I WAS only TREATED At UNIT MEDICAL dept. FIRST Aid. MY WRIST WAS IGNORD EVEN AFTER I had complained. THE NURSE Acted cold and dismissive AFTER she found out I WAS accused of STAFF ASSAULT. she said I WAS SET to SEE A doctor LATTER IN THE WEEK. I WAS HOUSED in Lock up ~~C-block~~ (P.H.D.) on 7-18-23 I WAS THEN Moved To A TRANSIT WING (C-1, 3-CELL) THEN I WAS FORGOTTEN. FOR WEEKS I complained About MY WRIST. on 8-23-23 MY 5th Igo REQUEST FORM WAS ANSWERD on — 8-30-23 That I would SEE A PROVIDER. When I WENT to SEE THEM I was Told I would be SET to SEE X-RAY. Again I WAS IGNORD. A FEW WEEKS in SEPT. 2023 I SEEN X-RAY. In oct 17-2023 I Finnally SEEN PROVIDER for my LEFT WRIST. SHE had SET ME to SEE A SPECIALEST. To date. I have only been IGNORD and not SEEN Any one about it.

**C.** What is Your medical condition now?

ANSWER RESPONSE: I HAVE A SCAR on my FOURHEAD and A SCAR under MY RIGHT EYE. MY LEFT WRIST still hurts bAd. I WAS given A WRIST SUPORT on 10-17-2023 But That MEDICAL PASS has ENDED. I HAVE Put I go REQUEST slips to SEE PROVIDER on MY WRIST But I have not been Answered YET on That ISSUE. I feel Blown OFF and IGNORD.

QUESTION # **13**: When the use of force occurred, were you Receiving medical care for any Pre-existing conditions? If so, List Each PRE-existing condition separately and, for Each condition, PROVIDE (a) the date you were diagnosed with the condition, and (b) a brief description of what medical TReatment, including any medication, that You were Receiving for this condition.

Answer ResPonse: I have PRoblems with my THYRoid. THE suggested numbers of A Helthy THYRoid is OFF A few Points for mine. I do not REMEMBER the EXACT date I was diagnosed, But I BELIVE it WAS in the YEAR of 2012. I TAKE 0.025 MG TABLET of LEVOTHYROXINE. only 1 TABLET oRAL EVERY MORRNing. A Blood tEst is done EVERY so many months to check MY NUMBERS.

I Also have my cholesterol watched. In 2001 I think I STARTED to TAKE medican on and OFF. Now I do TAKE A WATER Pill; HydRochLoRothiazide 25 MG TAB I TAKE EVERY MORRNing, Although As of MARCH, 25-26-~~2025~~ I WAS on MEDICAL CHAIN to HosPetal and The doctor said HE WAS thinking of changing That MEDICAIN. I do not Know to what. Also A blood tEst is done to check LEVELS.

QUESTION # **14**: Have you been involved in any other incidents with either corrections officer Jewitt or the second corrections officer? If so, give full details.

ANSWER RESPONSE: NO. NEVER. EVEN AFTER 7-7-23 I WAS hidden AWAY in TRANSIT WING C1. I NEVER came out. I WAS on Lockdown untill 8-9-23 THEN Moved bACK to PoPulation. (A2, south 17 CELL.)

Question #15: Did either of the Corrections officers sustain any injuries during the incident(s)? If so, give full details.

Answer Response: NO.

Question #16: What were your height and weight at the time the use of force Occurred?

Answer Response: I stand at 5'10" height. My weight was about 317 lb.

Question #17: What was your custodial classification at the time the use of force occurred?

Answer Response: S4 - G2

Question #18: Were you charged with a disciplinary case arising out of the incident involved in this case? If so, provide full details about the charges filed. including the offense charged. whether you were found guilty or not guilty, and the punishment assessed if any.

Answer Response: YES. I was charged with assault on staff member (case number #20230209625)(OFFENSE Description: on the date and time listed above, and at GR A2 North Run, Inmate: BARRERA, EZEKIEL, TDCJ ID — 00720220, Assaulted me CC IV RANDY JEWITT By comming out his CELL with his fist balled up APPRoaching me IN A VERY threatening way and body bumping me TWICE, with his body. "Stating HE would beat my ass.") I WAS Quickly found guilty and Punished with 45 to 60 days of Restriction of No Recreation, No Commissary, NO Phone OR Tablet use, Reduction in class, and some Good time lost.

Question #19: If you were found guilty of the disciplinary charges, have you filed an appeal? If an appeal was filed. what was the Result. if any, that you have Received to date?

Answer Response: YES, (I filed an I-127 -Grievance #2023132954) the charge was fully overturned on 9-7-23.

Question #20: Besides the incident involved in this lawsuit, have you had any other disciplinary charges against you while you have been in TDCJ? If so, give full details.

Answer Response: I have been Locked up in TDCJ over 25 years flat. I have gotten write up case charges Both minnor and Majer. Many too numours to List out of memory. most charges are for contraband. A few for fighting and such is the Life in Prison. Although, I have been case free for about 4 years befor the incident involved in this lawsuit. I did Recive A minnor charge for contraband.(EXTRA Blankeds) But That CHARGE WAS Quickly found to be Made up and a frivolous case written. That case was tossed out and forgotten. I still am case free to date.

Question #21: Did you file any Kind of complaint. grievance, or Request for an investigation with TDCJ regarding the use of force that forms the basis of your claim? If so answer the following Questions:

a. When (what date) did you file a complaint or grievance with TDCJ about this incident?

Answer Response: I filed twice. The first grievance I filed July,- 9th. 2023. But on July 10th. I found out All my property was stolen. So I spoke to the lady who picks up the grievances and it was her who informed me she did not pick up any grievance on the 9th. So she took my grievance for stolen property and told me to Rewrite the grievance for staff assault on me. She said I had 7 days in between grievances

I then Refiled July 18th 2023 on the staff assault on me. I personally put this Grievance in the hand of the lady who picks up the grievances on the transit wings where I was housed. (she would not give me her name) I seen now that the Corrections Officer on duty had not turned in my First written grievance.

b. If you know. Was any investigation done as the Result of this grievance.

Answer Response: YES. an investigation of fact-finding was done by Administration and it was determined that Corrections Officer Jewitt did assault me. Also a Report was done by the office of Attorney General.

C. What Result, if any, did you Receive from your grievance? The disciplinary case write up was over turned. I was placed back in general population on (8-9-2023 A2south 17cell). I Also signed to press free world charges with the Attorney Generals office, to the district Attorney's office. I yet to hear back if charges were picked up.

Question #22: Have you filed any other lawsuits, either in state or Federal court, concerning the allegations outlined in your complaint? If so, provide the name of the court where your case was filed, the cause number, the identity of the parties, the claims you have raised, and the status of this lawsuit.

Answer Response: NO.

Question #23: Provide your date of birth and state, in complete form, your legal name as well as all other names you have ever used or been known by, including any and all aliases. Separately list any and all names you have used for any lawsuits you have ever filed.

Answer Response: I was born on June, 4th 1968. in Cook county, the state of Illinois. My full name is Ezekiel Barrera. That is my legal name. The only aliases was put on my by Houston Police of Alex LNU. I have no other names - aliases. Nor lawsuites filed.

Question #24: List all offenses for which you have been convicted previously and the dates those convictions were entered. State whether any previous conviction involved the use of a firearm or other deadly weapon.

Answer Response: In 1988, I got 10 years for Armed Robbery ~~supply~~ In the state of Illinois, city of Chicago. Cook county.) In 1994, I got Life for Capital Murder, In the state of Texas, city of Houston. Harris county,

Question #25: List all TDCJ identification numbers you have ever been assigned and all other jail and state or Federal prison numbers ever assigned to you. (For example; county jail SPN numbers, Federal prison Register numbers, etc.) For all numbers listed, identify the particular institution that assigned the number.

Answer Response: (Texas state prison #00 ~~720720~~ TDCJ.) (Dickens county Detention center # ~~9~~ not known)(Harras county Jail # ? not known) (Illinois state prison # N-83345 Idoc )(Cook county Jail # ? not known)

"I swear under penalty of perjury that these answers are true and correct to the best of my knowledge."

Executed at Huntsville, Texas. Goree unit. Walker county. on April 2nd. ~~2024~~

*Ezekiel Barrera.*

EZEKIEL BARRERA
Plaintiff.

(Page-6 of 6)

EZEKIEL KAKKERA
GOREE Unit, #00220228
7405 Hwy. 75 south
Huntsville, TEXAS. 77344

United States Courts
Southern District of Texas
F I L E D
APR 05 2024
Nathan Ochsner, Clerk of Court

"Attn: CLERK."

UNITED STATES District
Southern District of TEXAS
Post office Box - 61010
Houston, TEXAS. 77208

FSM6 Hou RPDC 773
WED 03 APR 2024 AM