**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **EZEKIEL BARRERA,** | § | |
| **(TDCJ # 00720720)** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION No. 4:23-CV-04490** |
| | § | |
| **RANDY JEWITT, ET AL.** | § | |
| *Defendants.* | § | |

---

## DEFENDANT'S ADVISORY RE: MOTION FOR SUMMARY JUDGMENT

---

Defendant files this advisory regarding the Court's order to file a motion for summary judgment. ECF No. 11.

Plaintiff, an inmate incarcerated within the Texas Department of Criminal Justice, sued Defendant Jewitt, under 42 U.S.C. § 1983, alleging excessive use of force. Specifically, Plaintiff alleges Defendant struck him multiple times and twisted his wrist while handcuffing him.

On April 12, the Court entered an Order to Answer which set out the deadline for motions for summary judgment. ECF No. 11. According to that Order, the motion for summary judgment is due October 1, 2024.

After reviewing the current evidence in the case, Defendant believes that an issue of material fact precludes summary judgment at this juncture. This advisory does not constitute a concession on behalf on Defendant in any way; rather, Defendant files this advisory to alert the Court that based on the pleadings and disclosures alone, there remains an issue of material fact and, absent new evidence, Defendant does not intend to file a motion for summary judgment at this time.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Division Chief
Law Enforcement Defense Division

*/s/ JORDAN GRUNDHOEFER*
**JORDAN GRUNDHOEFER**
Assistant Attorney General
Texas State Bar No. 24132713

Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080

**COUNSEL FOR DEFENDANT**

## NOTICE OF ELECTRONIC FILING

I, **Jordan Grundhoefer**, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing a true and correct copy of the above and foregoing in accordance with the Electronic Case Files System of the Southern District of Texas on October 1, 2024.

*/s/ Jordan Grundhoefer*
**JORDAN GRUNDHOEFER**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, JORDAN GRUNDHOEFER, Assistant Attorney General of Texas, certify that a true copy of the above has been served by placing it in the United States mail, certified mail on October 1, 2024, addressed to:

Ezekiel Barrera, TDCJ # 00720720                   *CM/RRR: 7020 0090 0000 7451 4782*
TDCJ Goree Unit
7405 Hwy. 75 South
Huntsville, TX 77344
*Plaintiff Pro Se*

*/s/ Jordan Grundhoefer*_____
**JORDAN GRUNDHOEFER**
Assistant Attorney General