*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

| | | |
|---|---|---|
| **EZEKIEL BARRERA** | § | |
| | § | **4:23-CV-4490** |
| *versus* | § | |
| | § | **JUDGE DAVID HITTNER** |
| **RANDY JEWITT,** *et al* | § | |

## MOTION FOR STATUS CONFERENCE

*TO THE HONORABLE DAVID HITTNER*:

Plaintiff Ezekiel Barrera asks the Court to schedule a status conference in this matter, and shows the following supporting his request:

1.     TDCJ inmate Barrera filed a *pro se* suit against defendants alleging he was unlawfully assaulted and injured by guards.  (Docket entries 1 and 10).  The undersigned agreed to represent Barrera *pro bono.*  (Docket entry 22).

2.     The parties notified the Court of September 16, 2025, that a settlement had been reached (without going to mediation).  (Docket entry 36).  Barrera's executed settlement papers were delivered to the defendants via email on December 17, 2025.

3.     However, although more than 3 months have passed, the defendants have failed to provide the funds agreed to in the settlement agreement.  The undersigned has repeatedly contacted defense counsel about the unreasonable delay in complying with the agreement.

4.     Barrera requests the Court schedule a status conference, and require a senior official from the Texas Office of Attorney General to appear and explain the basis for the defendants' failure to compy with the settlement agreement.

Respectfully submitted,

/s/ David Adler

_____

David Adler
State Bar of Texas 00923150
1415 North Loop West
Suite 905
Houston, Texas 77008
(713) 666-7576

Zohair S Alam
Alam Law Firm
6340 N Eldridge Pkwy
Suite N207
Houston, Texas 77041
832-230-7163

Attorneys for Defendant,
Ezekiel Barrera

## CERTIFICATE OF SERVICE

A copy of this pleading was served on the Assistant Attorney General via e-mail on April 2, 2026.

/s/ David Adler

_____

David Adler

## CERTIFICATE OF CONFERENCE

The defendants are presumably opposed to ths motion.

/s/ David Adler

_____

David Adler

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

**EZEKIEL BARRERA**                              §
                                                           §          **4:23-CV-4490**
*versus*                                              §
                                                           §          **JUDGE DAVID HITTNER**
**RANDY JEWITT,** *et al*                     §

## MOTION FOR STATUS CONFERENCE

Barrera's motion for a status conference is:

Granted,

A status conference will be held on _____ _____, 2026, at _____ am pm.  The

defendants are ordered to appear with a senior official from the Texas Office of Attorney General

who has suffient kbnowledge to explain why the amount agreed to in the settlement has not been

paid.

Denied.

Signed on April _____, 2026.

_____
David Hittner
United States District Judge