**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Ezekiel Barrera | § | |
| | § | |
| *versus* | § | Case Number: 4:23−cv−04490 |
| | § | |
| Randy Jewitt, et al. | § | |

# Notice of Cancellation

A proceeding in this case has been canceled as set forth below.

Canceled setting: Status Conference

Date and Time: 4/30/2026 at 02:00 PM

Date: April 24, 2026

Nathan Ochsner, Clerk